UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAICA HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FLORES,<br><br>Defendant. | Case No. 21-cv-09407-SK<br><br>**ORDER ON DISCOVERY DISPUTE**<br><br>Regarding Docket No. 44 |

Now before the Court is the parties' discovery dispute in which Plaintiff Jamaica Hampton moves to compel the transcript and/or the recording of the interview Defendant Christopher Flores had with the San Francisco Department of Police Accountability ("DPA"), which Plaintiff sought by way of a third party subpoena against the City and County of San Francisco ("San Francisco"). San Francisco claims the protection of the official information privilege but nonetheless agrees to provide this information when the investigation by the DPA has concluded. Plaintiff claims that San Francisco waived the privilege by failing to provide a privilege log, but the Court finds that San Francisco did not waive that privilege.

The Court ORDERS San Francisco to provide a copy of any transcript or recording of the interview of Flores by the DPA when that investigation concludes. San Francisco estimates that the investigation will end in early 2024. San Francisco must provide an update to the Court by January 31, 2024 of the status of the investigation. Plaintiff may renew her motion to compel after January 31, 2024 if San Francisco has not concluded its investigation by that time.

**IT IS SO ORDERED**.

Dated: November 27, 2023



SALLIE KIM
United States Magistrate Judge